JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVON STEWART, | ) Case No. ED CV 16-02297-VBF (JDE) |
| Petitioner, | ) FINAL JUDGMENT |
| v. | ) |
| DEBBIE ASUNCION, Warden, | ) |
| Respondent. | ) |

Final judgment is hereby entered in favor of respondent and against petitioner Travon Stewart. IT IS SO ADJUDGED.

Dated: May 7, 2018

_Valerie Baker Fairbank_
_____

VALERIE BAKER FAIRBANK
Senior United States District Judge